# UNITED STATES DISTRICT COURT
# FOR THE MIDDLE DISTRICT OF TENNESSEE
# NASHVILLE DIVISION

| | | |
|---|---|---|
| MARY ELLEN LUCHETTI, | ) | |
| Plaintiff, | ) ) ) | |
| v. | ) ) | Case No. 3:20-cv-00730 |
| PINNACLE DERMATOLOGY, S.C. | ) ) | Chief Judge Waverly D. Crenshaw, Jr. Magistrate Judge Alistair Newbern |
| Defendant. | ) | |

## JOINT STIPULATION OF DISMISSAL

Pursuant to Rule 41(a)(1)(A)(ii) of the Federal Rules of Civil Procedure, Plaintiff Mary Ellen Luchetti and Defendant Pinnacle Dermatology, S.C., jointly stipulate to the dismissal, with prejudice, of this lawsuit.

    Respectfully submitted,

*/s/ R. Mark Donnell, Jr.*
R. Mark Donnell, Jr. (#30136)
SIMS|FUNK, PLC
3322 West End Ave., Ste. 200
Nashville, TN 37203
(615) 292-9335
mdonnell@simsfunk.com

*Counsel for Plaintiff*

**GULLETT SANFORD ROBINSON & MARTIN PLLC**

By: */s/ M. Thomas McFarland* (with permission by RMD)
M. Thomas McFarland
Gullett, Sanford, Robinson & Martin PLLC
150 Third Avenue South, Suite 1700
Nashville, TN 37201
(615) 244-4994
(615) 256-6339 (fax)
tmcfarland@gsrm.com

-and-

**MCDERMOTT WILL & EMERY LLP**
Michael J. Sheehan (admitted pro hac vice)
Emory D. Moore, Jr. (admitted pro hac vice)
MCDERMOTT WILL & EMERY
444 West Lake Street, Suite 4000
Chicago, Illinois 60606
(312) 372-2000
msheehan@mwe.com
emoore@mwe.com

*Counsel for Defendant*

## CERTIFICATE OF SERVICE

I hereby certify that a true and exact copy of the foregoing has been sent via the Court's electronic filing system to:

| | |
|---|---|
| M. Thomas McFarland<br>GULLETT, SANFORD, ROBINSON & MARTIN PLLC<br>150 Third Avenue South, Suite 1700<br>Nashville, TN 37201<br>tmcfarland@gsrm.com | Michael J. Sheehan (admitted pro hac vice)<br>Emory D. Moore, Jr. (admitted pro hac vice)<br>MCDERMOTT WILL & EMERY<br>444 West Lake Street, Suite 4000<br>Chicago, Illinois 60606<br>msheehan@mwe.com<br>emoore@mwe.com |

/s/R. Mark Donnell, Jr.