UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF TENNESSEE
NASHVILLE DIVISION

| | |
|---|---|
| MARY ELLEN LUCHETTI, | ) |
| Plaintiff, | ) ) ) |
| v. | ) NO. 3:20-cv-00730 ) |
| PINNACLE DERMATOLOGY, S.C., | ) ) |
| Defendant. | ) |

## ORDER

The parties have filed a Joint Stipulation of Dismissal (Doc. No. 29). Accordingly, this action is **DISMISSED WITH PREJUDICE**, and the Clerk is directed to close the file.

IT IS SO ORDERED.

_____
WAVERLY D. CRENSHAW, JR.
CHIEF UNITED STATES DISTRICT JUDGE